UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:93-cr-284-T-23EAJ

HERBERTHA WILLIAMS
_____/

**ORDER**

On April 24, 2006, the United States Probation Office filed an April 12, 2006, petition for revocation of the defendant's supervised release (Doc. 139). The court convened a hearing on July 21, 2006, at which the United States requested a continuance to amend the petition. The court granted the motion to continue.

On July 31, 2006, the United States Probation Office filed a July 21, 2006, superseding petition for revocation of the defendant's supervised release (Doc. 155).[*] At the hearing on August 21, 2006, retained counsel, Delano Stewart, represented the defendant and Assistant United States Attorneys Christopher Murray and Jimmy Muench represented the United States.

The defendant admits committing the four violations described in numbered paragraphs one through four of the superseding petition. Accordingly, the court adjudges the defendant guilty of violating the terms of her supervised release. In

---

[*] The defendant having pled guilty to count two of a superseding indictment, the court imposed a sentence on September 4, 1996, of one hundred twenty months of imprisonment and sixty months of supervised release.

consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission, the defendant's term of supervised release is **REVOKED**.  The defendant is sentenced to fifteen (15) months of imprisonment with no supervised release to follow.  <u>The attention of the Bureau of Prisons is directed to the fact that this defendant is an insulin-dependent diabetic who suffers from Hepatitis C and an array of other maladies. Special attention to her schedule of medication appears necessary</u>.

    The defendant is remanded to the custody of the United States Marshal to await designation and incarceration by the Bureau of Prisons.

    ORDERED in Tampa, Florida, on August 21, 2006.

                                                      STEVEN D. MERRYDAY
                                                      UNITED STATES DISTRICT JUDGE

cc:    United States Marshal
       United States Probation
       Counsel of Record